UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTIAN BERRY,

                              Plaintiff,

v.                                                  Civil Action No. 1:20-cv-01098
_____

IMPROVED DATA SERVICES LLC

                              Defendant.
_____

## NOTICE OF SETTLEMENT

      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and the Defendant that the above matter has been settled. Plaintiff requests that the Court allow Sixty days (60) for Plaintiff to file a Notice Discontinuance in order for the parties to finalize the settlement agreement and correspondingly comply with its terms.


DATED: May 10, 2021

                                                   /s/ Seth J. Andrews_____
                                                 Seth J. Andrews, Esq.
                                                 Law Offices of Kenneth Hiller PLLC
                                                 *Attorneys for Plaintiff*
                                                 6000 North Bailey Avenue, Suite 1A
                                                 Amherst, New York 14226
                                                 Phone:  (716) 564-3288